TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00091-CV

City of Austin, Appellant

v.

Roque Lira, III and Melissa Lira, Individually and as Next Friends of

Roque Lira, IV, Their Minor Son, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 93-07752, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant City of Austin moves this Court to dismiss its appeal. We grant the
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: March 26, 1998

Do Not Publish